Deutsche Bank Trust Co. Ams. v Maron (2025 NY Slip Op 06986)

Deutsche Bank Trust Co. Ams. v Maron

2025 NY Slip Op 06986

Decided on December 17, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 17, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
BARRY E. WARHIT
JANICE A. TAYLOR
DONNA-MARIE E. GOLIA, JJ.

2024-05968
 (Index No. 710394/17)

[*1]Deutsche Bank Trust Company Americas, etc., respondent, 
vLisa Maron, appellant, et al., defendants.

Yolanda A. Corion, Brooklyn, NY, for appellant.
McCalla Raymer Leibert Pierce, LLC, New York, NY (Brian P. Scibetta of counsel), for respondent.

DECISION & ORDER
In an action to foreclose a mortgage, the defendant Lisa Maron appeals from an order of the Supreme Court, Queens County (Marguerite A. Grays, J.), entered June 12, 2024. The order granted the plaintiff's motion to extend the time to schedule a foreclosure sale and denied the cross-motion of the defendant Lisa Maron to stay all proceedings in the action pending determination of appeals from two orders in the action.
ORDERED that the appeal is dismissed as academic, with costs.
The extension of time granted to the plaintiff to December 31, 2024, to schedule a foreclosure sale has since passed. Further, the question of whether all proceedings in the action should have been stayed pending determination of related appeals in the action has been rendered academic in light of the determination of those related appeals (see Deutsche Bank Trust Co. Ams. v Maron, ___ AD3d ___ [Appellate Division Docket No. 2023-12413; decided herewith]; Badzio v Americare Certified Special Servs., Inc., 177 AD3d 838, 842).
BARROS, J.P., WARHIT, TAYLOR and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court